**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Case No. 20-cv-00558-RM-SKC

CYNTHIA PACHECO

     Plaintiff,

v.

THOMAS ROSKI

     Defendant.

---

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**
**AND PROCEDURE FOR RE-OPENING CASE**

---

Before the Court is the parties' Joint Stipulation for Dismissal without Prejudice and Procedure for Re-Opening Case (ECF No. 48), seeking dismissal of the claims in this case pursuant to Fed. R. Civ. P. 41(a)(1)(B) and (2).  In light of the Stipulation, and the Court hereby ORDERS as follows:

(1)    This action is DISMISSED WITHOUT PREJUDICE with each party to pay their own costs and attorney fees, and the Clerk shall ADMINISTRATIVELY CLOSE this case. However, this Court retains jurisdiction over this matter for the purpose of enforcing the payment terms of the Settlement Agreement, should enforcement be necessary.

(2)    Pursuant to the terms of the parties' Settlement Agreement and procedure for re-opening the case as set forth in their Joint Stipulation for Dismissal Without Prejudice, Plaintiff may seek leave of this Court to re-open this action in compliance with the terms of the

Settlement Agreement and only for the purposes of enforcing the parties' rights and obligations under that Agreement by filing with this Court and serving upon Defendant the following:

> (a) an Affidavit of Default, and

> (b) a Notice of Re-Opening Case.

(3)     Within seven (7) days of complete performance of the payment provisions under the Settlement Agreement, Plaintiff shall provide notice to the Court to terminate and close the matter for all purposes.

DATED this 9th day of April, 2021.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge